NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GILBERT M. MORENO,            )
                             )
            Appellant,        )
v.                           )            Case No. 2D18-1139
                             )
STATE OF FORIDA,              )
                             )
            Appellee.         )
_____)

Opinion filed October 2, 2019.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Jean M. Henne, Special Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee and Allison C. Heim, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.

            Affirmed.


SILBERMAN, MORRIS, and LUCAS, JJ., Concur.